DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Progress Energy Carolinas, Inc. v. Strickland<br><br>Case below:<br>181 N.C. App. 610 | No. 118A07 | Def's Motion to Withdraw Appeal (COA06-20) | Allowed 06/27/07 |
| Revels v. Miss Am. Org.<br><br>Case below:<br>182 N.C. App. 334 | No. 189P06-2 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-477) | Denied 06/27/07 |
| Shavitz v. City of High Point<br><br>Case below:<br>177 N.C. App. 465 | No. 336P06 | 1.  Def's (High Point) NOA Based Upon a Constitutional Question (COA05-571)<br><br>2.  Def's (Guilford Bd. of Ed.) Motion to Dismiss Appeal<br><br>3.  Def's (High Point) PDR Under N.C.G.S. 7A-31 | 1. ——<br><br><br><br>2. Allowed 06/27/07<br><br>3. Denied 06/27/07 |
| State v. Anderson<br><br>Case below:<br>181 N.C. App. 655 | No. 151P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1520) | Denied 06/27/07 |
| State v. Apple<br><br>Case below:<br>182 N.C. App. 529 | No. 195P07 | Def's Motion for Temporary Stay (COA06-652) | Denied 04/26/07 |
| State v. Artis<br><br>Case below:<br>181 N.C. App. 601 | No. 017P06-2 | Def's PDR Under N.C.G.S. 7A-31 (COA06-443) | Denied 06/27/07 |
| State v. Blancher<br><br>Case below:<br>170 N.C. App. 171 | No. 109P07 | Def's Motion for "Petition for Discretionary Review Under N.C.G.S. § 7A-31" (COA04-260) | Dismissed 06/27/07<br><br>**Hudson, J., Recused** |